Doreen Spears Hartwell, Esq.
Nevada Bar. No. 7525
Laura J. Thalacker, Esq.
Nevada Bar No. 5522
Hartwell Thalacker, Ltd.
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074; Fax: (702) 508-9551
Doreen@HartwellThalacker.com
Laura@HartwellThalacker.com

*Attorneys for Plaintiff FortuNet, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FortuNet, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>eQube International, Inc., a Canadian entity, Jack Coronel, an individual, DeWayne Wooten, an individual, DOES 1-10, and ROE Entities 1-10,<br><br>Defendants. | Case No.: 2:15-cv-00312-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (Dkt #12)**<br><br>**(First Request)** |

Plaintiff FortuNet, Inc., by and through its legal counsel Doreen Spears Hartwell, Esq. of Hartwell Thalacker, Ltd., and Defendants eQube International Inc.'s and DeWayne Wooten ("eQube Defendants"), by and through their counsel of record David J. Malley, Esq. of Jolley, Urga, Woodbury & Little hereby stipulate to a two week extension for FortuNet to respond to eQube International Inc.'s and DeWayne Wooten's Motion to Dismiss (Dkt #12), which is currently due April 27, 2015.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN
HIGHLANDS PKWY, SUITE 201
LAS VEGAS, NV 89141
702-850-1074

IT IS HEREBY STIPULATED between the FortuNet and eQube Defendants that FortuNet shall have through May 11, 2015, to respond to eQube International Inc.'s and DeWayne Wooten's Motion to Dismiss (Dkt #12).

Dated: this 22nd day of April, 2015.   Dated: this 22nd day of April, 2015.

HARTWELL THALACKER, LTD.

/s/Doreen Spears Hartwell
Doreen Spears Hartwell, Esq.
Nevada Bar. No. 7525
Laura J. Thalacker, Esq.
Nevada Bar No. 5522
11920 Southern Highlands Pkwy,
Suite 201
Las Vegas, Nevada 89141
*Attorneys for Plaintiff FortuNet, Inc.*

JOLLEY, URGA, WOODBURY & LITTLE

/s/David J. Malley
L. Christopher Rose, Esq.
Nevada State Bar No. 7500
David J. Malley, Esq.
Nevada State Bar No. 8171
3800 Howard Hughes Pkwy, #1600
Las Vegas, Nevada 89169
*Attorneys for Defendants eQube International Inc. and DeWayne Wooten*

**ORDER**

IT IS SO ORDERED.

Dated:  April 23, 2015.

_____
United States District Court Judge

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN HIGHLANDS PKWY,
SUITE 201
LAS VEGAS, NV 89141
702-850-1074

2