Doreen Spears Hartwell, Esq.
Nevada Bar. No. 7525
Laura J. Thalacker, Esq.
Nevada Bar No. 5522
Hartwell Thalacker, Ltd.
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074; Fax: (702) 508-9551
Doreen@HartwellThalacker.com
Laura@HartwellThalacker.com

*Attorneys for Plaintiff FortuNet, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FortuNet, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>eQube International, Inc., a foreign corporation, Jack Coronel, an individual, DeWayne Wooten, an individual, DOES 1-10, and ROE Entities 1-10,<br><br>Defendants. | Case No.: 2:15-cv-00312-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (Dkt #12)**<br><br>(Second Request) |

Plaintiff FortuNet, Inc., through its counsel of record Hartwell Thalacker, Ltd., and Defendants eQube International, Inc. and DeWayne Wooten (the "eQube Defendants"), through their counsel of record Jolley, Urga, Woodbury & Little stipulate to a one week extension for FortuNet to respond to eQube International Inc.'s and DeWayne Wooten's Motion to Dismiss (Dkt #12), which is currently due May 11, 2015.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED between FortuNet and the eQube Defendants that FortuNet shall have until May 18, 2015, to respond to the Motion to Dismiss (Dkt #12).

Dated: this 11th day of May, 2015.          Dated: this 11th day of May, 2015.

HARTWELL THALACKER, LTD.

JOLLEY, URGA, WOODBURY & LITTLE

/s/Doreen Spears Hartwell
Doreen Spears Hartwell, Esq.
Nevada Bar. No. 7525
Laura J. Thalacker, Esq.
Nevada Bar No. 5522
11920 Southern Highlands Pkwy,
Suite 201
Las Vegas, Nevada 89141
*Attorneys for Plaintiff FortuNet, Inc.*

/s/David J. Malley
L. Christopher Rose, Esq.
Nevada State Bar No. 7500
David J. Malley, Esq.
Nevada State Bar No. 8171
3800 Howard Hughes Pkwy, #1600
Las Vegas, Nevada 89169
*Attorneys for Defendants eQube International Inc. and DeWayne Wooten*

## ORDER

IT IS SO ORDERED.

Dated: May 11, 2015.

_____
United States District Court Judge

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN HIGHLANDS PKWY,
SUITE 201
LAS VEGAS, NV 89141
702-850-1074

2