L. Christopher Rose, Esq.
Nevada Bar No. 7500
David J. Malley, Esq.
Nevada Bar No. 8171
JOLLEY URGA WOODBURY & LITTLE
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:   (702) 699-7500
Facsimile:   (702) 699-7555

*Attorneys for Defendant eQube International Inc.
and DeWayne Wooten*

UNTIED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FortuNet, a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>eQube International Inc., a foreign corporation; Jack Coronel, an individual; DeWayne Wooten, an individual; DOES 1-10; and ROE Entities 1-10,<br><br>    Defendants. | CASE NO.  2:15-cv-00312-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF ON MOTION TO DISMISS (Document #12)**<br><br>(First Request) |

    Plaintiff FortuNet ("FortuNet"), by and through its attorneys, Hartwell Thalacker, Ltd., and Defendants eQube International Inc. and DeWayne Wooten (the "eQube Defendants"), by and through their attorneys, Jolley Urga Woodbury & Little, hereby stipulate and agree to allow the eQube Defendants a one week extension of time to file their reply brief in support of the eQube Defendants' Motion to Dismiss (Document Number 12, filed April 10, 2015), which is currently due May 28, 2015.

K:\CLIENT FILES\LCR\eQube 11675\FortuNet 26001\Pleadings\DR\15-05-27 SAO to Extend Reply to Motion to Dismiss.doc

IT IS THEREFORE STIPULATED by and between FortuNet and the eQube Defendants that the eQube Defendants shall have up to and including **June 4, 2015** to file their reply in support of their Motion to Dismiss (Document Number 12).

| JOLLEY URGA WOODBURY & LITTLE | HARTWELL THALACKER, LTD. |
|---|---|
| */s/ L. Christopher Rose*<br>By:_____<br>L. Christopher Rose, Esq.<br>Nevada Bar No. 7500<br>David J. Malley, Esq.<br>Nevada Bar No. 8171<br>Attorneys for Defendant eQube International Inc. and DeWayne Wooten | */s/ Doreen Spears Hartwell*<br>By:_____<br>Doreen Spears Hartwell, Esq.<br>Nevada Bar No. 7525<br>Laura J. Thalacker, Esq.<br>Nevada Bar No. 5522<br>Attorneys for Plaintiff FortuNet |
| DATED: May 28, 2015 | DATED: May 28, 2015 |

**ORDER**

IT IS SO ORDERED.

DATED: May 29, 2015

_____
United States District Judge