UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FORTUNET, INC., | Case No. 2:15-cv-00312-APG-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| eQUBE INTERNATIONAL, INC., *et al.*, | |
| Defendants. | |

This matter is before the Court on defense counsel's Motion to Withdraw as Counsel for Defendant Jack Coronel (doc. # 39), filed July 9, 2015.

Pursuant to Local Rule ("LR") IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 10-6(b). Having reviewed the motion, the Court finds that the requirements of LR IA 10-6(b) have been met.

Accordingly, **IT IS HEREBY ORDERED** that defense counsel's Motion to Withdraw as Counsel for Defendant Jack Coronel (doc. # 39) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Jack Coronel shall notify this Court as to whether he intends to proceed pro se in this action **no later than August 7, 2015**. Failure to notify the Court shall subject Defendant to dispositive sanctions.

**IT IS FURTHER ORDERED** that defense counsel shall provide notice of its withdrawal to Defendant by sending a copy of its motion, along with this order, to Defendant's last known address: 75 Tapadero, Las Vegas, NV 89135.

1 **IT IS FURTHER ORDERED** that the Clerk of Court shall also send a copy of this order to Defendant's last known address: 75 Tapadero, Las Vegas, NV 89135.

Dated: July 13, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**