Doreen Spears Hartwell, Esq.
Nevada Bar. No. 7525
Laura J. Thalacker, Esq.
Nevada Bar No. 5522
Hartwell Thalacker, Ltd.
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074; Fax: (702) 508-9551
Doreen@HartwellThalacker.com
Laura@HartwellThalacker.com

*Attorneys for Plaintiff FortuNet, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FortuNet, a Nevada corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>eQube International, Inc. a foreign corporation, Jack Coronel, an individual, DeWayne Wooten, an individual, DOES 1-10, and ROE Entities 1-10,<br><br>                    Defendants. | Case No.: 2:15-cv-00312-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FORTUNET TO RESPOND TO MOTION FOR STAY OF DISCOVERY (Dkt #43)**<br>**(FIRST REQUEST)** |

Plaintiff FortuNet, Inc. ("FortuNet") and Defendants eQube International, Inc. ("eQube") and DeWayne Wooten (collectively, the "eQube Defendants") hereby stipulate and agree to extend the time for FortuNet to respond to the eQube Defendants' Motion for Stay of Discovery (Dkt #43) (the "Motion"), currently due on August 3, 2015.

IT IS HEREBY STIPULATED by FortuNet and the eQube Defendants that FortuNet shall have through and including August 6, 2015 to respond to the Motion; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  IT IS FURTHER HEREBY STIPULATED AND REQUESTED by FortuNet and the
2  eQube Defendants that, in light of the fact that FortuNet has scheduled depositions in this matter
3  for August 19, 2015 and August 20, 2015, a telephonic or in-person hearing on the Motion be
4  held anytime at the Court's convenience after the eQube Defendants have filed their Reply in
5  support of the Motion, but prior to the scheduled August 19, 2015 deposition.

6  Dated: this 3rd day of August, 2015          Dated this 3rd day of August, 2015

7  HARTWELL THALACKER, LTD.                    JOLLEY, URGA, WOODBURY & LITTLE

8  **/s/** Laura J. Thalacker                         **/s/** David J. Malley
   Doreen Spears Hartwell, Esq.                 L. Christopher Rose, Esq.
9  Nevada Bar. No. 7525                         Nevada Bar No. 7500
10 Laura J. Thalacker, Esq.                     David J. Malley, Esq.
   Nevada Bar No. 5522                          Nevada Bar No. 8171
11 11920 Southern Highlands Pkwy                3800 Howard Hughes Pkwy, #1600
   Suite 201                                    Las Vegas, NV 89169
12 Las Vegas, NV 89141                          *Attorneys for Defendant eQube International, Inc.*
13 *Attorneys for Plaintiff FortuNet, Inc.*     *and DeWayne Wooten*

**ORDER**

IT IS SO ORDERED.

Dated: August 5, 2015

_____
United States Magistrate Judge

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN
HIGHLANDS PKWY,
SUITE 201
LAS VEGAS, NV 89141
702-850-1074

2

# CERTIFICATE OF SERVICE

1. August 3, 2015, I served the following document(s):

**Stipulation and Order to Extend the Time for FortuNet to Respond to Motion for Stay of Discovery**

2. I served the above-named document(s) by the following means to the persons as listed below:

■ a. **By ECF System:**

David J. Malley, Esq. at djm@juww.com
L. Christopher Rose, Esq. at lcr@juww.com

■ b. **By United States Mail, postage full prepaid to:**

Jack Coronel
73 Tapadeo Ln.
Las Vegas, NV 89135

☐ c. **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service:

☐ d. **By direct e-mail (as opposed to through the ECF System)**
Based upon the written agreement to accept service by e-mail or court order. I caused the document(s) to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

**I declare under penalty of perjury that the foregoing is true and correct.**

s/ Jennifer Ellison
An employee of Hartwell Thalacker, Ltd.

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN HIGHLANDS PKWY,
SUITE 201
LAS VEGAS, NV 89141
702-850-1074

3