Doreen Spears Hartwell, Esq.
Nevada Bar. No. 7525
Laura J. Thalacker, Esq.
Nevada Bar No. 5522
Hartwell Thalacker, Ltd.
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074; Fax: (702) 508-9551
Doreen@HartwellThalacker.com
Laura@HartwellThalacker.com

*Attorneys for Plaintiff FortuNet, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FortuNet, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>eQube International, Inc., a foreign corporation, Jack Coronel, an individual, DeWayne Wooten, an individual, DOES 1-10, and ROE Entities 1-10,<br><br>Defendants. | Case No.: 2:15-cv-00312-APG-CWH<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME TO AMEND PLEADINGS (Dkt #26)**<br>**(First Request)** |

Plaintiff FortuNet, through its counsel of record Hartwell Thalacker, Ltd, and Defendant Jack Coronel ("Coronel"), through his counsel of record, Daniel Cereghino, Esq. of Morris, Sullivan, Lemkul & Pitegoff stipulate as follows:

1. The parties stipulate to extend the date to amend the pleadings shall be changed from Monday, September 21, 2015, to October 2, 2015. (Dkt #26).

2. The parties further stipulate that Coronel shall have a one week extension to respond to FortuNet's Request for Production of Documents changing the due date from September 21, 2015 to September 28, 2015.

IT IS HEREBY STIPULATED between the parties that the date to amend the pleadings and add additional parties shall be extended to October 2, 2015.

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN
HIGHLANDS PKWY, SUITE 201
LAS VEGAS, NV 89141
702-850-1074

IT IS FURTHER STTIPULATED that the time for Defendant Jack Coronel to respond to FortuNet's Request For Production of Documents shall be extended to September 28, 2015.

| Dated: this 21st day of September 2015. | Dated: this 21st day of September, 2015. |
|---|---|
| HARTWELL THALACKER, LTD. | MORRIS, SULLIVAN, LEMKUL PITEGOFF |
| /s/Doreen Spears Hartwell<br>Doreen Spears Hartwell, Esq.<br>Nevada State Bar No. 7525<br>Laura J. Thalacker, Esq.<br>Nevada State Bar No. 5522<br>11920 Southern Highlands Pkwy #201<br>Las Vegas, Nevada 89141<br>*Attorneys for Plaintiff*<br>*Fortunet, Inc.* | /s/Daniel Cereghino<br>Jeffrey Pitegoff, Esq.<br>Nevada State Bar No. 5458<br>Daniel Cereghino, Esq.<br>Nevada State Bar No. 11535<br>3770 Howard Hughes Parkway, Suite 170<br>Las Vegas, Nevada 89169<br>*Attorneys for Jack Coronel* |

IT IS SO ORDERED.

Dated: September 22, 2015

_____
United States Magistrate Judge

Hartwell Thalacker, Ltd.

/s/Doreen Spears Hartwell
Doreen Spears Hartwell, Esq.
Nevada Bar. No. 7525
Laura J. Thalacker, Esq.
Nevada Bar No. 5522
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
*Attorneys for Plaintiff FortuNet, Inc.*

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN HIGHLANDS PKWY,
SUITE 201
LAS VEGAS, NV 89141
702-850-1074

2

# CERTIFICATE OF SERVICE

1.   On September 21, 2015, I served the following document(s):

**STIPULATION AND ORDER TO EXTEND TIME TO AMEND PLEADINGS**

2.   I served the above-named document(s) by the following means to the persons as listed below:

■   a.   **By ECF System:**

Jeffrey Pitegoff: pitegoff@morrissullivanlaw.com

Daniel S. Cereghino: cereghino@morrissullivanlaw.com

David J. Malley: djm@juww.com

☐   b.   **By United States Mail, postage full prepaid to:**

☐   c.   **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service:

☐   d.   **By direct e-mail (as opposed to through the ECF System)**
Based upon the written agreement to accept service by e-mail or court order. I caused the document(s) to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   e.   **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

**I declare under penalty of perjury that the foregoing is true and correct.**

                                               s/Doreen Spears Hartwell
                                               An employee of Hartwell Thalacker, Ltd.

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN HIGHLANDS PKWY,
SUITE 201
LAS VEGAS, NV 89141
702-850-1074