Doreen Spears Hartwell, Esq.
Nevada Bar. No. 7525
Laura J. Thalacker, Esq.
Nevada Bar No. 5522
Hartwell Thalacker, Ltd.
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074; Fax: (702) 508-9551
Doreen@HartwellThalacker.com
Laura@HartwellThalacker.com

*Attorneys for Plaintiff FortuNet, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FortuNet, Inc., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>eQube International, Inc., a foreign entity, Jack Coronel, an individual, DeWayne Wooten, an individual, Playbook Publishing, LLC, a Nevada entity, Playbook Management, LLC, a Nevada entity, DOES 1-10, and ROE Entities 1-10,<br><br>Defendants. | Case No.: 2:15-cv-00312-APG-CWH<br><br>~~PROPOSED~~ PROTECTIVE ORDER |

WHEREAS, Plaintiff FortuNet, Inc., a Nevada corporation ("FortuNet") and Defendants Jack Coronel, Playbook Publishing, LLC, and Playbook Management, Inc. previously stipulated and agreed to the following order, by and through their counsel of record, who had full authority to enter into such stipulation and to bind their clients, FortuNet submits the following Proposed Protective Order relating to the confidentiality of the documents to be produced and/or obtained during discovery in this matterr:

"Confidential Information" and "Confidential - Attorneys Eyes Only" Designation

1. The term "Confidential Information" or "Confidential-Attorneys Eyes Only" (collectively "Designated Information") shall mean and include documents, information or materials that a party contends relate to sensitive customer, marketing, manufacturing, financial, trade secret and non-public product or development information, and are designated in good faith

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN
HIGHLANDS PKWY, SUITE 201
LAS VEGAS, NV 89141
702-850-1074

as "Confidential" or "Confidential-Attorneys Eyes Only" at the time of their production or disclosure in this action. As a general guideline, materials designated "Confidential" shall be those confidential and sensitive matters that may be disclosed to the parties for the purpose of the litigation, but which a producing or disclosing party contends must be protected against disclosure to third parties. As a general guideline, materials designated "Confidential-Attorney's Eyes Only" shall be those confidential and sensitive matters of a proprietary business or technical nature which might be of value to a potential competitor of the party or non-party holding the proprietary rights thereto, and which a producing or disclosing party contends must be protected from disclosure to such party and/or third parties. Absent a specific order by this Court, information once designated as "Confidential" or "Confidential-Attorneys Eyes Only" shall be used by parties solely in connection with this litigation, and not for any business or competitive purpose or function and such information shall not be disclosed to anyone except as provided herein. A designation of any information as "Confidential" or "Confidential-Attorneys Eyes Only" constitutes certification by the designating party that such person has reviewed the Designated Information and has made a bona fide determination that: (1) such information contains trade secrets, competitively sensitive information or other confidential information; (2) disclosure of such information without restriction would be detrimental to that party in the conduct of its business and cause cognizable harm; and (3) there is good cause for seeking the Court's protection. The parties are to exercise good faith in limiting designation of Designated Information to the lowest level of confidentiality protection reasonably necessary to protect the interests of a producing and disclosing party as provided herein.

<u>Persons Permitted to Have Access to Designated Information</u>

2.  The following persons may have access to Designated Information marked in this action:

 a. For Designated Information marked "Confidential — Attorneys Eyes Only":

  i. Trial counsel of record for the parties and all partners, associates, and law firm staff thereof who are performing legal services in connection

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN HIGHLANDS PKWY,
SUITE 201
LAS VEGAS, NV 89141
702-850-1074

with this action;

  ii. Judges, court personnel and stenographic reporters engaged in proceedings incident to preparation for trial or trial; and

  iii. Technical, trade, or financial experts or any other persons retained by trial counsel who are reasonably necessary to assist trial counsel of record in this action who execute a Protective Order Acknowledgement (in the form of attached Exhibit A) under the procedure set out in Section 3.

 b. For Designated Information marked "Confidential":

  i. All persons set out in Section 2(a); and

  ii. Each party and their respective spouses, accountants, officers, directors, managers, corporate representatives and in-house attorneys for each party, who are necessary to the defense or prosecution of any issues in this matter.

Objections to Disclosure

3. The parties shall have the right to object to the disclosure of Designated Information to persons executing an Acknowledgment Under Protective Order (Exhibit A), as provided in Section 2(a)(iii) above, if such an objection to disclosure is made in writing to counsel for all parties within seven (7) business days of receipt of the following:

 a. The name of the proposed person;

 b. The present employer and title of the proposed person;

 c. The reason for disclosure to the proposed person;

 d. In the case of an independent expert or consultant, an up-to-date curriculum vitae; and

 e. An executed Acknowledgement under Protective Order (**Exhibit A**).

The objecting party shall have within seven (7) business days after making its written objection to move the Court for an order prohibiting the disclosure at issue. If an objection is made, no Designated Information shall be made available to the individual in question until after the Court rules that such a disclosure can occur, so long as the written objection to the disclosure is followed by a prompt filing of a motion with the Court.

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN
HIGHLANDS PKWY,
SUITE 201
LAS VEGAS, NV 89141
702-850-1074

Failure to object within seven (7) business days to the proposed recipient shall be deemed approval, but shall not preclude a producing party from later objecting to continued access by that person by later making a written objection and moving the Court for an order prohibiting or further restricting continued access to the Designated Information.

<u>Use of Designated Information for Trial Preparation Only:</u>
<u>Same Restrictions Apply to Derivative Documents</u>

4. Designated Information shall be used only for the purpose of preparing for the trial of this action, and shall be marked as "Confidential" or "Confidential-Attorneys Eyes Only" by the person or entity claiming confidentiality pursuant to the terms of the Order hereon, at or before the time when such material is being provided (or at such later time as provided below). Such notation shall be placed on every page of document so designated. Similarly, if a document, transcript, videotape, or exhibit attached to a transcript contains information designated "Confidential-Attorneys Eyes Only" by a party, such document, transcript, video or exhibit shall be marked with the legend "Confidential-Attorneys Eyes Only." Such notation shall be placed on every page of each document so designated, and in the case of the videotape, the party so designating shall be responsible for assuring that the court reporter labels the videotape or CD/DVD with a legend to the effect that portions of the video are so designated.

5. Designated Information or the substance or context thereof, including any notes, memoranda or other similar documents relating thereto, shall not be disclosed to anyone other than a person qualified to have access.

<u>No Waiver of Right to Object or Challenge Designation</u>

6. Failure of a party, at the time he/it receives Designated Information, to challenge or object to the "Confidential" or "Confidential-Attorneys Eyes Only" designation shall not be deemed a waiver of its right to challenge or object to the "Confidential" or "Confidential-Attorneys Eyes Only' designation at any later time. The passage of time before challenge or objecting to such designation shall not be a factor weighing against such challenge or objection.

<u>Matters Otherwise Known Shall Not be Designated Information</u>

7. Designated Information shall not include any document, information or other

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN
HIGHLANDS PKWY,
SUITE 201
LAS VEGAS, NV 89141
702-850-1074

4

materials which:

    a.    has been or becomes part of the public domain by publication or otherwise and not due to any unauthorized act or omission on the part of the receiving party;

    b.    already known to or received by a receiving party, prior to the entry of this Order and to the extent such documents are not subject to an independent protection order;

    c.    was already known to a receiving party by lawful means prior to acquisition from, or disclosure by, the producing party; or

    d.    is made available to a party by a third party who obtained the same by legal means and without any obligation of confidence to the party claiming its confidential nature.

<u>Duty of Care and Duty to Report Unauthorized Disclosure</u>

8. Any person in possession of Designated Information shall exercise reasonable and appropriate care with regard to the storage, custody or use of Designated Information in order to ensure that the confidential nature of the same is maintained.

9. If Designated Information is disclosed to anyone other than in a manner authorized by this Order, the party responsible for such disclosure must immediately bring all pertinent facts relating to such disclosure to the attention of the other party and make every effort to prevent further disclosure.

10. Any pleading, paper or other document filed in this action which contains or discloses Designated Information shall be filed under seal in an envelope or other container with a label identifying this action and the title or nature of the enclosed material, and indicating that the material is confidential, for use by the Court only, and to be maintained under seal pursuant to the terms of this Order.

<u>Designation of Information at Deposition: Subsequent Designation</u>

11. Information disclosed at a deposition may be designated as "Confidential" or "Confidential-Attorneys Eyes Only" by either indicating on the record at the deposition that the

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN HIGHLANDS PKWY, SUITE 201
LAS VEGAS, NV 89141
702-850-1074

testimony is "Confidential" or "Confidential-Attorneys Eyes Only" or by notifying the opposing party in writing within ten (10) business days of the receipt of the transcript of those pages and lines that are "Confidential" or "Confidential-Attorneys Eyes Only." Documents produced by any party which contain Designated Information shall be designated and marked by the producing party as "Confidential" or "Confidential- Attorneys Eyes Only" at the time of production. Information disclosed at a deposition or in a document that is not designated as Designated Information. However, if a party, through inadvertence, produces any Designated Information without labeling or marking or otherwise designating it as such in accordance with the provisions of this Order, and consistent with provisions and principles underpinning Chapter 49 of the Nevada Revised Statutes Regarding evidence that is subject to defined privileges, the producing party may give written notice to the receiving party that the document or thing produced is deemed "Confidential" or "Confidential-Attorneys Eyes Only" and should be treated as such in accordance with the provisions of this Order. The receiving party shall treat such documents and things as Designated Information from the date such notice is received. Disclosure, prior to the receipt of such notice, of such Designated Information to persons not authorized to receive Designated Information shall not be deemed a violation of this Order.

### Disposition of Designated Information after Conclusion of This Action

12.     Within sixty (60) days of the later of the final conclusion of this action, including any appeals or petitions for review or either of such actions, all Designated Information, including all electronic and photocopies thereof, shall be destroyed by the receiving party (or, upon request, returned to the producing party at the producing party's expense). Provided, however, that attorneys of record for each party shall be entitled to retain all exhibits admitted into evidence at trial, pleadings, motion papers, discovery responses, deposition transcripts and exhibits, legal memoranda, correspondence and work product.

### This Order Is Not Dispositive of All Issues Regarding Designation Information

13.     This Order is not intended to deal with any discovery objections on the grounds of attorney-client privilege or work product immunity, or to preclude any party from seeking relief

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN
HIGHLANDS PKWY,
SUITE 201
LAS VEGAS, NV 89141
702-850-1074

6

either from a provision of this Order or any other relief from this Court which may be appropriate under the Chapter 49 of the Nevada Revised Statutes Regarding evidence that is subject to defined privileges. Inadvertent production of documents subject to work product immunity or the attorney client privilege shall not constitute a waiver of the immunity of privilege, provided that the producing party shall promptly notify the receiving party in writing of such inadvertent production after the producing party learns of such inadvertent production. If prompt notification is made and the producing party establishes the circumstances surrounding the documents inadvertent production, such inadvertently produced document and all copies thereof shall be returned to the producing party or destroyed, upon request.

## Procedure for Challenging Designation by Producing Party

14. If a party challenges the grounds or basis for the designation of any document(s) or information as Designated Information (including a challenge to whether it should be designated at the higher level of protection of "Confidential - Attorneys Eyes Only" as opposed to merely "Confidential"), counsel for the affected parties shall meet and confer expeditiously, including by personal consultation with a sincere effort to resolve the disputed issues without court action.

15. Any party subject to this Order may, at any time, request the modification of the Order upon a showing of good cause.

16. The obligations of this Order shall survive the termination of the action and continue to bind the parties.

IT IS SO ORDERED.

DATED this __16th__ day of March, 2016.

_____
Magistrate Judge

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN HIGHLANDS PKWY,
SUITE 201
LAS VEGAS, NV 89141
702-850-1074

7

EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FortuNet, Inc., a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>eQube International, Inc., a foreign entity, Jack Coronel, an individual, DeWayne Wooten, an individual, Playbook Publishing, LLC, a Nevada entity, Playbook Management, LLC, a Nevada entity, DOES 1-10, and ROE Entities 1-10,<br><br>    Defendants. | Case No.: 2:15-cv-00312-APG-CWH<br><br>**PROTECTIVE ORDER ACKNOWLEDGEMENT** |

<u>ACKNOWLEDGMENT UNDER PROTECTIVE ORDER</u>

I, _____, state as follows:

I hold the title of _____ with the following responsibilities _____ for _____ and I hereby acknowledge that I have been furnished with a copy of the Protective Order in this action, and that I have read and do understand it, and I agree to be bound by it. I agree to submit to the jurisdiction of this Court in connection with any proceeding or hearing relating to Confidential Information in this action, including any proceeding relating to enforcement of the Protective Order for Confidential Information.

_____      _____
Date                  Signature

HARTWELL THALACKER, LTD.
ATTORNEYS AT LAW
11920 SOUTHERN HIGHLANDS PKWY,
SUITE 201
LAS VEGAS, NV 89141
702-850-1074