# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FortuNet a Nevada corporation, | Case No. 2:15-cv-00312-APG-CWH |
| Plaintiff, | **Order Revising Briefing and Hearing Schedule** |
| v. | (Dkt. #100) |
| eQube International Inc., a foreign corporation; Jack Coronel, an individual; DeWayne Wooten, an individual; DOES 1-10; and ROE Entities 1-10, | |
| Defendants. | |

Based on the stipulation (Dkt. #100) of most of the parties, and due to a scheduling conflict with a trial I am presiding over in another matter, the briefing and hearing schedule for the pending motions is revised as follows:

The plaintiff's responses to the pending motions are due on April 1, 2016. Replies are due April 15, 2016. The April 4, 2016 hearing on the pending motions is hereby vacated and rescheduled for **April 21, 2016 at 9:00 a.m.**

DATED this 30th day of March, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE